# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>PCA INTEGRITY ASSOCIATES, LLP,<br><br>  Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>et al.,<br><br>  Defendants. | )<br>)<br>) Civil Action No. 15cv0750 (RC)<br>) **FILED UNDER SEAL**<br>) **PURSUANT TO 31 U.S.C. § 3729, et seq.**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' NOTICE OF ELECTION TO
## DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to decline to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court and parties to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relator's Complaint, any Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

_____
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202)252-2507

MICHAEL D. GRANSTON
COLIN HUNTLEY
JOHN W. BLACK
Attorneys, Civil Division
Department of Justice
Post Office Box 261
Washington, D.C. 20044
Telephone: (202) 305-2479

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2018, I caused a copy of the Notice of Declination and the proposed Order to be served by email and United States Mail, postage prepaid, on:

Andrew Miller
Simmer Law Group PLLC
The Watergate, Suite 10-A
600 New Hampshire Ave. NW
Washington, DC 20037
Andrew.Miller@simmerlaw.com

                                               */s/ Darrell C. Valdez*
                                               DARRELL C. VALDEZ
                                               Assistant United States Attorney