IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PCA INTEGRITY ASSOCIATES, LLP<br><br>*Plaintiffs,*<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.; TRANSWORLD SYSTEMS, INC.; EXPERT GLOBAL SOLUTIONS; PLATINUM EQUITY; ALW SOURCING LLC; PIONEER CREDIT RECOVERY, INC.; EDGEWATER CONSULTING GROUP, LLC, d/b/a EDGEWATER FINANCIAL SERVICES; BASS & ASSOCIATES, P.C.; CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE; PROTOCOL FINANCIAL SERVICE, LLC; WEST CORPORATION; UNIQUITY FINANCIAL, LLC; PERFORMANT RECOVERY, INC., F/K/A DIVERSIFIED COLLECTION SERVICES, INC.; ACTION FINANCIAL SERVICES LLC<br><br>*Defendants.* | Civil Action No. 15-cv-0750 (RC)<br><br>**UNDER SEAL** |

## RC [PROPOSED] ORDER

This matter is before the Court on Relator PCA Integrity Associates, LLP's Assented to Motion for Clarification. Upon review of the Motion and the entire record, and in light of the Government's consent to the relief requested, the Court finds good cause to grant the Motion, in part. RC

**ACCORDINGLY**, it is this 10th day of December 2018, hereby

**ORDERED** that Relator shall serve upon the Defendants the Complaint or any Amended Complaint within Sixty (60) days following the unsealing of the matter on December 11, 2018. RC

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE