**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **PCA INTEGRITY ASSOCIATES, LLP**<br>　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**NCO FINANCIAL SYSTEMS, INC.** *et al.*<br>　　　　　　　**Defendants.** | )<br>)<br>)　**Civil Action No. 1:15-cv-00750**<br>)<br>)　**Judge Rudolph Contreras**<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), Jonathan D. Shaffer hereby gives notice of his entry of appearance as counsel for Defendant Pioneer Credit Recovery, Inc. ("Pioneer") in the above-captioned case.

Dated:  February 21, 2019　　　　　　By:　/s/ Jonathan D. Shaffer
　　　　　　　　　　　　　　　　　　　　　Jonathan D. Shaffer (D.C. Bar No. 424614)
　　　　　　　　　　　　　　　　　　　　　SMITH PACHTER MCWHORTER PLC
　　　　　　　　　　　　　　　　　　　　　8000 Towers Crescent Drive, Suite 900
　　　　　　　　　　　　　　　　　　　　　Tysons, VA 22182
　　　　　　　　　　　　　　　　　　　　　Phone: (703) 847-6300
　　　　　　　　　　　　　　　　　　　　　Fax: (703) 847-6312
　　　　　　　　　　　　　　　　　　　　　Email:  jshaffer@smithpachter.com

　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Pioneer Credit Recovery, Inc.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system on the 21st day of February 2019.

/s/ Jonathan D. Shaffer